

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00233-CV

———————————————————

IN RE UTAH VALLEY UNIVERSITY, Relator

———————————————————

Original Proceeding
17th District Court of Tarrant County, Texas
Trial Court No. 017-374251-26

———————————————————

Before Kerr, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We abated this original proceeding on April 24, 2026, for the limited purpose of allowing the trial court to hear and rule on Relator's motion for reconsideration. On May 19, 2026, a supplemental clerk's record was filed that contained the trial court's May 18, 2026 order granting Relator's motion to reconsider, setting aside the trial court's April 1, 2026 order granting Real Party in Interest's motion to compel, and denying without prejudice Real Party in Interest's motion to compel. On May 20, 2026, Relator filed a supplemental petition asserting that its petition for writ of mandamus was now moot based on the trial court's May 18, 2026 order and moving to dismiss its petition.

The court has considered Relator's motion to dismiss and is of the opinion that the motion should be granted. Accordingly, Relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: May 22, 2026